IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:25-cv-00077-BL |
| DANNY BONDS, et al., | ) |
| Defendants. | ) |

## ORDER

On November 17, 2025, the Magistrate Judge recommended that the court dismiss the Plaintiff's amended complaint. (Doc. 24). The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on December 1, 2025. (Doc. 24). To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to dismiss this action with prejudice. The court will enter a separate final judgment dismissing this action.

**DONE** and **ORDERED** on this the 17th day of February, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE